ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-13*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-13,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1023 SUNNY ACRES; THE COTTAGES AT CENTENNIAL RANCH;<br><br>Defendants. | Case No.: 2:18-cv-00496-MMD-GWF<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY** |

Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-13 (**Christiana**), Saticoy Bay LLC Series 1023 Sunny Acres and The Cottages at Centennial Ranch submit this status report pursuant to this court's May 7, 2018 order. ECF No. 13.

1. On May 7, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. ECF Nos. 12, 13. The court directed the parties to file a status report within five days of the Nevada

46041517;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Supreme Court answering the certified question. ECF No. 13.

2. The Nevada supreme court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018).

3. The parties hereby stipulate and agree that the stay should be lifted.

4. The parties hereby stipulate and agree to file a proposed discovery plan and scheduling order on or before August 31, 2018.

Dated: August 9, 2018

| **AKERMAN LLP** | **WOLF, RIFKIN, SHAPIRO, SHULMAN & RABKIN** |
|---|---|
| */s/ Tenesa Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-13* | */s/ Gregory P. Kerr*<br>DOUGLAS M. COHEN, ESQ.<br>Nevada Bar No. 1214<br>JORDAN J. BUTLER, ESQ.<br>Nevada Bar No. 10383<br>GREGORY P. KERR, ESQ.<br>Nevada Bar No. 10531<br>3556 E. Russell Road<br>Las Vegas, NV 89120<br><br>*Attorneys for The Cottages At Centennial Ranch Homeowners Association* |

**LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.**

*/s/ Adam R. Trippiedi*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Saticoy Bay LLC Series 1023 Sunny Acres*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 9, 2018

46041517;1