ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-13*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-13,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1023 SUNNY ACRES; THE COTTAGES AT CENTENNIAL RANCH;<br><br>Defendants. | Case No.: 2:18-cv-00496-MMD-GWF<br><br>**STIPULATION TO DISMISS** |

Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-13, Saticoy Bay LLC Series 1023 Sunny Acres and The Cottages at Centennial Ranch by and through their counsel, hereby stipulate to dismiss their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

47210588;1

respective claims with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

Dated: February 19, 2019

**AKERMAN LLP**

*/s/ Tenesa Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-13*

**LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.**

*/s Michael Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074

*Attorneys for Saticoy Bay LLC Series 1023 Sunny Acres*

**ALVERSON TAYLOR & SANDERS**

*/s/ Alex Williams*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALEX WILLIAMS, ESQ.
Nevada Bar No. 14644
6605 Grand Montecito Parkway Suite 200
Las Vegas, NV 89149

*Attorneys for The Cottages At Centennial Ranch Homeowners Association*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:** February 19, 2019

47210588;1